IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES DEMAI WASHINGTON,

    Petitioner,

v.

SUPERINTENDENT ESTOCK, et al.,

    Respondents.

CIVIL ACTION
NO. 20-3868

# ORDER

**AND NOW**, this 1st day of September 2021, upon consideration of the Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 2) and upon review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Doc. No. 11) to which no objections have been filed and the pertinent record, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 11) is **APPROVED** and **ADOPTED**.

2. The Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 2) is **DENIED**.

3. The Court finds that Petitioner has failed to make a substantial showing of a denial of a constitutional right and accordingly a certificate of appealability shall not issue.

BY THE COURT:

/s/ Joel H. Slomsky___
JOEL H. SLOMSKY, J.

1